No. 9451. STATE OF MONTANA ex rel. RAYMOND JENSEN, Relator, v. DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT of the County of Ravalli, and the HONORABLE ALBERT BESANCON, Judge thereof, and HARRIETTE SNOW, Clerk of said Court, Respondents.

278 Pac. (2d) 1006.

Decided July 14, 1954.

*Robert B. Brown*, Stevensville, for relator.

Per Curiam.

Application for writ of review. Relator's application for a writ of review to be directed against respondents is denied,— and the application and proceedings are ordered dismissed without prejudice.